IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAVARIS JOHNSON, ) | |
| # R50459, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cv-1171-MJR |
| ) | |
| VIPEN SHAH, THOMAS A. SPILLER, ) | |
| MARCUS HARDY, UNKNOWN PARTY, ) | |
| WEXFORD MEDICAL SOURCES, ) | |
| and SUZANN BAILEY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, Chief Judge:**

This case was opened on October 21, 2015, when Plaintiff Tavaris Johnson filed a "First Amended Complaint" pursuant to 42 U.S.C. § 1983 (Doc. 1). Upon review of the pleading and Johnson's litigation history, it is clear that the pleading should have been filed as a "First Amended Complaint" in *Johnson v. Shah, et al.*, No. 15-cv-00815-SMY (S.D. Ill. 2015) ("prior action"). On August 25, 2015, the Court entered an Order (Doc. 10) in the prior action that required Plaintiff to either confirm that his original complaint was complete or file an amended complaint to replace the incomplete original. The "First Amended Complaint" represents Plaintiff's response to the Court's Order in the prior action. Therefore, the **CLERK** is **DIRECTED** to **CLOSE** this case, without imposing a filing fee for this action, and **FILE** the "First Amended Complaint" (Doc. 1) in the prior action entitled, *Johnson v. Shah, et al.*, No. 15-cv-00815-SMY (S.D. Ill. 2015).

**IT IS SO ORDERED.**

**DATED: October 28, 2015**

**s/ MICHAEL J. REAGAN**
**Chief Judge,**
**United States District Court**
